UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1341

_____

PATENT HARBOR, LLC,
*Plaintiff-Appellant,*

v.

AUDIOVOX CORPORATION and
AUDIOVOX ELECTRONICS CORPORATION,
*Defendants-Appellees,*

and

RADIOSHACK CORPORATION,
*Defendant-Appellee,*

and

VIZIO, INC.,
*Defendant-Appellee,*

and

IMATION CORPORATION,
*Defendant-Appellee,*

and

BEST BUY CO., INC.,
*Defendant-Appellee,*

and

DENON ELECTRONICS (USA), LLC,
*Defendant-Appellee.*
_____

Appeal from the United States District Court for the Eastern District of Texas in Case No. 10-CV-0361, Magistrate Judge John D. Love
_____

**DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR PRINCIPAL BRIEF**
_____

815327

Adrian M. Pruetz
apruetz@glaserweil.com
Charles C. Koole
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO
LLP
10250 Constellation Boulevard, 19th
Floor
Los Angeles, CA 90067
Tel.: (310) 553-3000
Fax: (310) 785-3550
Counsel for Defendant-Appellee
VIZIO, INC.

Emmett J. McMahon
ejmcmahon@rkmc.com
ROBINS, KAPLAN, MILLER &
CIRESI LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Counsel for Defendant-Appellee
BEST BUY CO., INC.

John M. Jackson
jjackson@jw.com
Christopher J. Rourk
crourk@jw.com
Matthew C. Acosta
macosta@jw.com
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, TX 75202
Counsel for Defendant-Appellee
DENON ELECTRONICS (USA), LLC

Anton N. Handal
anh@handal-law.com
Gabriel G. Hedrick
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, CA 92101
Counsel for Defendant-Appellee
IMATION CORPORATION

Christopher M. Joe
chris.joe@bjciplaw.com
BUETHER JOE & CARPENTER,
LLC
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Counsel for Defendant-Appellee
RADIOSHACK CORPORATION

D. Joseph English
djenglish@duanemorris.com
Kristian Caggiano
kcaggiano@duanemorris.com
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Counsel for Defendants-Appellees
AUDIOVOX CORPORATION and
AUDIOVOX ELECTRONICS
CORPORATION

815327

# DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR PRINCIPAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Defendants-Appellees VIZIO, Inc., RadioShack Corp., Imation Corp., Best Buy Co., Inc., Denon Electronics (USA), LLC, Audiovox Corp., and Audiovox Electronics Corp. (collectively, "Appellees") respectfully move for a fourteen (14) day extension of time, to and including August 19, 2013, in which to file their principal brief.

Plaintiff-Appellant Patent Harbor, LLC has stated that it will not oppose such an extension of time.  No previous extension of time has been sought regarding Appellees' principal brief nor has any previous extension of time regarding Appellees' principal brief been granted.

Plaintiff-Appellant Patent Harbor, LLC filed its principal brief on June 21, 2013 and  Appellees' principal brief is currently due on August 5, 2013.  Appellees respectfully move for a fourteen (14) day extension of time so that their principal brief will be due on August 19, 2013.

Good cause exists for the requested extension.  An extension is appropriate due to the fact that Appellees are working together in order to file a single joint principal brief rather than multiple, separate briefs.

For the forgoing reasons, Appellees respectfully request that this motion be granted and that Appellees be allowed until and including August 19, 2013 in

1

which to file their principal brief.

Counsel for Defendant-Appellee VIZIO, Inc. obtained the consent of counsel for the other Defendants-Appellees to file this motion on behalf of all Defendants-Appellees.

DATED: July 22, 2013　　GLASER WEIL FINK JACOBS
　　　　　　　　　　　　　　HOWARD AVCHEN & SHAPIRO LLP

　　　　　　　　　　　　　　By: /s/ Adrian M. Pruetz
　　　　　　　　　　　　　　　　ADRIAN M. PRUETZ
　　　　　　　　　　　　　　　　Attorneys for Defendant-Appellee VIZIO, INC.

DATED: July 22, 2013　　JACKSON WALKER LLP

　　　　　　　　　　　　　　By: /s/ John M. Jackson
　　　　　　　　　　　　　　　　JOHN M. JACKSON
　　　　　　　　　　　　　　　　Attorneys for Defendant-Appellee DENON ELECTRONICS (USA), LLC

DATED: July 22, 2013　　DUANE MORRIS LLP

　　　　　　　　　　　　　　By: /s/ D. Joseph English
　　　　　　　　　　　　　　　　D. JOSEPH ENGLISH
　　　　　　　　　　　　　　　　Attorneys for Defendant-Appellee AUDIOVOX CORPORATION and AUDIOVOX ELECTRONICS CORPORATION

2

DATED: July 22, 2013				BUETHER JOE & CARPENTER, LLC


							By: /s/ Christopher M. Joe
								CHRISTOPHER M. JOE
								Attorneys for Defendant-Appellee
								RADIOSHACK CORPORATION



DATED: July 22, 2013				HANDAL & ASSOCIATES


							By: /s/ Anton N. Handal
								ANTON N. HANDAL
								Attorneys for Defendant-Appellee
								IMATION CORPORATION



DATED: July 22, 2013				ROBINS, KAPLAN, MILLER & CIRESI LLP


							By: /s/ Emmett J. McMahon
								EMMETT J. MCMAHON
								Attorneys for Defendant-Appellee BEST
								BUY CO., INC.

3

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC   v.   AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee VIZIO, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

VIZIO, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

AmTRAN Technology Co., Ltd.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

PRUETZ LAW GROUP LLP and GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP: Adrian M. Pruetz and Charles C. Koole; LEE TRAN & LIANG APLC: Steven R. Hansen

07/22/13
Date

/s/ Adrian M. Pruetz
Signature of counsel

Adrian M. Pruetz
Printed name of counsel

Please Note: All questions must be answered
cc: _____

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC   v.   AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Audiovox Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Audiovox Corporation (Audiovox Corporation recently changed its name to VOXX International Corporation)

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Audiovox Corporation (Audiovox Corporation recently changed its name to VOXX International Corporation)

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

DUANE MORRIS LLP: D. Joseph English, Russell Brandon Bundren, Thomas Sankey, Kristina Caggiano

07/22/13                               /s/ D. Joseph English
   Date                                    Signature of counsel
                                         D. Joseph English
                                         Printed name of counsel

Please Note: All questions must be answered
cc: _____

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC v. AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Audiovox Electronics Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Audiovox Electronics Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

VOXX International Corporation

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

DUANE MORRIS LLP: D. Joseph English, Russell Brandon Bundren, Thomas Sankey, Kristina Caggiano

07/22/13            /s/ D. Joseph English
Date            Signature of counsel

D. Joseph English
Printed name of counsel

Please Note: All questions must be answered
cc: _____

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC   v.   AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Best Buy Co., Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Best Buy Co., Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Robins, Kaplan, Miller & Ciresi L.L.P.: Emmett J. McMahon, Melissa A. Goodman, Ryan M. Schutlz; Coghlan Crowson, LLP: Rickey L. Faulkner

07/22/13              /s/ Emmett J. McMahon
Date                  Signature of counsel
                      Emmett J. McMahon
                      Printed name of counsel

Please Note: All questions must be answered
cc: _____

**FORM 9. Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC v. AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Denon Electronics (USA), LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Denon Electronics (USA), LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Denon Electronics (USA), LLC is a wholly owned subsidiary of D&M Holdings, U.S. Inc. No other publicly-held corporation owns 10 percent or more of Denon Electronics (USA), LLC.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Jackson Walker LLP: John M. Jackson, Chris J. Rourk, and Matt Acosta

07/22/13　　　　　　　　　　　　　　/s/ John M. Jackson
　　　Date　　　　　　　　　　　　　　　Signature of counsel
　　　　　　　　　　　　　　　　　　　　John M. Jackson
　　　　　　　　　　　　　　　　　　　　Printed name of counsel

Please Note: All questions must be answered
cc: _____

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC    v. AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Imation Corp. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.   The full name of every party or amicus represented by me is:

Imation Corp.

_____

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

_____

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

TDK Corporation

_____

4.   ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Handal & Associates, Anton N. Handal, Gabriel G. Hedrick, Pamela C. Chalk

_____

|  |  |
|---|---|
| 07/22/13 | /s/ Anton N. Handal |
| Date | Signature of counsel |
|  | Anton N. Handal |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PATENT HARBOR, LLC  v.  AUDIOVOX CORPORATION

No. 2013-1341

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee RadioShack Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

RadioShack Corporation

_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

_____

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Buether Joe & Carpenter, LLC by Christopher M. Joe

_____

07/22/13                                          /s/ Christopher M. Joe
         Date                                       Signature of counsel
                                                 Christopher M. Joe
                                                   Printed name of counsel

Please Note: All questions must be answered
cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on [Jul 22, 2013] by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Adrian M. Pruetz | /s/ Adrian M. Pruetz |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Address: 10250 Constellation Blvd., 19th Floor

City, State, ZIP: Los Angeles, CA 90067

Telephone Number: (310) 553-3000

FAX Number: (310) 785-3550

E-mail Address: apruetz@glaserweil.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.